UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MANAL MUTEI NAGI ALGHAZALI,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

Case No. 1:25-cv-1836 JLT EPG

STATUS REPORT AND THIRD STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

(ECF No. 13)

Defendants respectfully request a third extension of time in which to respond to the Complaint, and Plaintiffs do not oppose. The reason for this extension request is that since the last filing, Plaintiff submitted DNA and both kits for the beneficiaries were shipped and received by the embassy and are awaiting an appointment to be scheduled by the U.S. Department of State. Plaintiff is hopeful this will resolve the case. To allow this submission to go forward and to give Defendants time to consider that submission, the parties stipulate to a third extension, until October 5, 2026, for Defendants to file a status report or other pleading.

//

//

//

//

//

//

DATE: August 3, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

*/s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
Assistant United States Attorney

/s/ *Julie Ann Goldberg*
JULIE ANN GOLDBERG
Counsel for Plaintiffs

ORDER

In light of the stipulation, the Court shall grant Defendants' request for an extension of time to file an answer or other responsive pleading and ORDERS Defendants to file such a response no later than October 5, 2026. Further, the currently set August 11, 2026, Initial Scheduling Conference shall be similarly extended and will be set for October 8, 2026, at 10:30 a.m. The parties are directed to file a joint status report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **August 4, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE