**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANAL MUTEI NAGI ALGHAZALI, et al.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>*Defendants.* | **Case No.: 1:25-cv-1836 JLT-EPG**<br><br>STATUS REPORT AND FOURTH STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 15) |

The parties respectfully request a fourth extension of time for Defendants to respond to the Complaint, and submit this status report in support. The reason for this extension request is that since the last filing, the parties have continued their efforts to complete the DNA testing process. Plaintiffs initiated the testing through Universal Genetics. The laboratory's DNA test collection kit was shipped by FedEx on June 23, 2026, and was delivered to the U.S. Embassy in Djibouti on July 5, 2026, under FedEx tracking number 873385142427; the kit has remained at the Embassy since that date. Plaintiff Alghazali's DNA sample was collected at the laboratory in California on September 18, 2026. The only step that remains before testing can be completed is for the Embassy, in coordination with the U.S. Department of State, to schedule the collection appointment for the minor beneficiary in Djibouti; once that sample is collected, the Embassy will return it to Universal Genetics to complete the testing. Plaintiffs have provided Defendants with the laboratory's initiation letter, payment receipt, and the detailed FedEx tracking record confirming delivery.

To allow the DNA testing process to be completed and to give Defendants time to consider the results, the parties stipulate, subject to the Court's approval, to a fourth extension, until

December 7, 2026, for Defendants to file a status report or other pleading. The parties further request that the Initial Scheduling Conference currently set for October 8, 2026, and the parties' obligation to file a joint scheduling report seven days before the conference, be vacated, to be reset by the Court if necessary following Defendants' filing. This status report and stipulation is submitted in lieu of the joint scheduling report due October 1, 2026.

DATE: October 1, 2026

Respectfully submitted,

*/s/ Julie A. Goldberg*
JULIE A. GOLDBERG
GOLDBERG & ASSOCIATES
*Attorney for Plaintiffs*

ERIC GRANT
United States Attorney

*/s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
Assistant United States Attorney
*Attorneys for Defendants*

ORDER

In accordance with the parties' stipulation, the time for Defendants to file a status report or other pleading is extended to December 7, 2026. All other deadlines, including the October 8, 2026, Initial Scheduling Conference and the parties' deadline to file a joint scheduling report, are vacated, to be reset by the Court if necessary following Defendants' filing.

IT IS SO ORDERED.

Dated: **October 4, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE